UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* INTEGRA MED ANALYTICS LLC,<br><br>　Plaintiff,<br><br>v.<br><br>1. BAYLOR SCOTT & WHITE HEALTH,<br>2. BAYLOR UNIVERSITY MEDICAL CENTER – DALLAS,<br>3. HILLCREST BAPTIST MEDICAL CENTER,<br>4. SCOTT & WHITE HOSPITAL – ROUND ROCK,<br>5. SCOTT & WHITE MEMORIAL HOSPITAL – TEMPLE,<br><br>　Defendants. | Case No.: 17-CV-0886-DAE |

### ORDER GRANTING STIPULATION TO MAINTAIN CONFIDENTIALITY OF THE UNREDACTED SECOND AMENDED COMPLAINT

Upon consideration of the Stipulation to Maintain Confidentiality of the Unredacted Second Amended Complaint (the "Stipulation") agreed to by Integra Med Analytics LLC (the "Relator") and Defendants Baylor Scott & White Health, Baylor University Medical Center – Dallas, Hillcrest Baptist Medical Center, Scott & White Hospital – Round Rock, and Scott & White Memorial Hospital – Temple (the "Defendants"),

**IT IS HEREBY ORDERED** that the Stipulation is granted:

　1.　Relator will serve the Defendants with the unredacted version of the Second Amended Complaint;

　2.　Relator and the Defendants will maintain the confidentiality of the unredacted version of the Second Amended Complaint, and will not disclose the same other than to their respective counsel;

1

3.  Relator and the Defendants will protect the potential personal identifying information redacted from the public version of the Second Amended Complaint in accordance with the Privacy Act of 1974 (5 U.S.C. § 522a), the Health Insurance Portability and Accountability Act of 1996 Privacy Rule (45 C.F.R. Parts 160 and 164), and any applicable state law.

IT IS SO ORDERED

Signed this 23rd day of August, 2018

_____
HON. DAVID A EZRA
UNITED STATES DISTRICT JUDGE