AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| United States of America ex rel. et al | ) |
| *Plaintiff* | ) |
| v. | ) |
| Baylor Scott | ) |
| *Defendant* | ) |

Civil Action No.  SA-17-CV-886-DAE

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:  The operative complaint is Plaintiff's second amended complaint, meaning Plaintiff has had at least two
opportunities to reformulate their allegations to state a claim for relief that satisfied federal pleading
standards, Plaintiff's claims are DISMISSED WITH

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge  David A. Ezra _____

Date: _____08/06/2019_____

CLERK OF COURT    JEANNETTE J. CLACK

_____
*Signature of Clerk or Deputy Clerk*