**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

FILED
DEC - 8 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

December 08, 2020

Ms. Jeannette Clack
Western District of Texas, San Antonio
United States District Court
655 E. Cesar E. Chavez Boulevard
Suite G65
San Antonio, TX 78206

  No. 19-50818   USA v. Baylor Scott & White Health, et al
        USDC No. 5:17-CV-886-DAE

Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order denying certiorari.

Sincerely,

LYLE W. CAYCE, Clerk

*Stacy Carpenter*

By: _____
Stacy M. Carpenter, Deputy Clerk

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

FILED
DEC -8 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
Scott S. Harris
Clerk of the Court DEPUTY CLERK
(202) 479-3011

December 7, 2020

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: United States, ex rel. Integra Med Analytics, L.L.C.
v. Baylor Scott & White Health, et al.
No. 20-581
(Your No. 19-50818)   5:17-CV-886-DAE

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

